UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GARY A. STEWART,

                      Plaintiff,                   23 **CIVIL** 0880 (VB)

       -against-

                                                         **JUDGMENT**

G. MEDINA,

                     Defendant..
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 20, 2024, Defendant's motion to dismiss is GRANTED. Plaintiff's request for leave to amend is DENIED. Accordingly, the case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**DATED:**  New York, New York

      June 20, 2024

                                                             **DANIEL  ORTIZ**
                                                             **Acting Clerk of Court**

                                  **BY:**
                                                                **Deputy Clerk**